### Case No. 10,376.

#### NUGENT v. BEALE.

[The case reported under above title in 1 Hayw. & H. 287, is the same as Case No. 10,-375.]